UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/09
```

KILTER INDUSTRIES, INC.,

        Plaintiff,

-v-

AVON PRODUCTS, INC. and PETER WAXMAN,

        Defendants.

No. 09 Civ. 3490 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court conducted a pre-motion conference in this matter on May 15, 2009, which was attended by counsel for all parties. As discussed at the conference, the parties are HEREBY ORDERED to submit a proposed case management plan and scheduling order by May 26, 2009.[1] With respect to the proposed motion to dismiss by Defendant Avon Products, Inc. ("Avon"), the Court hereby adopts the following schedule:

    By May 26, 2009, Avon shall file and serve the contemplated motion.

    By June 16, 2009, Plaintiff shall file and serve its opposition to the motion.

    By June 26, 2009, Avon shall file and serve its reply, if any.

SO ORDERED.

Dated:    May 15, 2009
           New York, New York

                                    RICHARD J. SULLIVAN
                                    UNITED STATES DISTRICT JUDGE

---

[1] An electronic template is available at http://www1.nysd.uscourts.gov/cases/show.php?db=judge_info&id=347.