UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KILTER INDUSTRIES, INC.,

                    Plaintiff,

-v-

AVON PRODUCTS, INC. and PETER WAXMAN,

                    Defendants.

No. 09 Civ. 3490 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Plaintiff's October 13, 2009 letter, which states that the Copyright Office has recently issued two copyright registrations relevant to the above-captioned case. The Court is also in receipt of Defendants' October 14, 2009 letter, which contends that the issuance of the copyright registrations is irrelevant to the Court's resolution of Defendants' fully briefed motion to dismiss. IT IS HEREBY ORDERED THAT the parties may submit supplemental briefing, not to exceed ten pages each, on the relevance of the recent copyright registrations. Both parties shall file their supplemental briefs, if any, no later than November 10, 2009

SO ORDERED.

Dated:    October 27, 2009
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE