UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/09

KILTER INDUSTRIES, INC.,

                        Plaintiff,

-v-

AVON PRODUCTS, INC. and PETER WAXMAN,

                        Defendants.

No. 09 Civ. 3490 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of Defendants' November 20, 2009 letter, which requests that the pre-motion conference currently scheduled for December 3, 2009 be adjourned due to a scheduling conflict. Accordingly, IT IS HEREBY ORDERED THAT the December 3 conference is adjourned until December 11, 2009 at 2:30 p.m.

The Court is also in receipt of Defendants' November 19, 2009 letter, which was received in chambers shortly after the Court's November 19, 2009 Order was filed. The letter purports to "clarify and correct a statement" made in one of Defendants' previous letters. To the extent that the information in the letter is germane to the topics on the agenda, it will also be discussed at the December 11 pre-motion conference.

SO ORDERED.

Dated:       November 23, 2009
                New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE