```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KILTER INDUSTRIES, INC.,

                Plaintiff,

-v-

AVON PRODUCTS, INC. and PETER WAXMAN,

                Defendants.

No. 09 Civ. 3490 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED THAT oral argument in the above-captioned matter shall begin at 9:00 a.m. on August 20, 2010, rather than at 10:00 a.m. as previously scheduled.

SO ORDERED.

Dated:    August 3, 2010
            New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE