```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KILTER INDUSTRIES, INC.,

                Plaintiff,

-v-

AVON PRODUCTS, INC. and PETER WAXMAN,

                Defendants.

No. 09 Civ. 3490 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of Plaintiff's letter dated December 3, 2010, requesting a 30 day extension of all fact and expert discovery deadlines. IT IS HEREBY ORDERED THAT the discovery schedule is modified as follows:

    February 14, 2011 - Close of Fact Discovery/Deadline for Submission of Expert Reports

    March 25, 2011 - Deadline for Submission of Rebuttal Reports

    April 29, 2011 - Close of Expert Discovery.

IT IS FURTHER ORDERED THAT the post-discovery conference shall now take place on May 19, 2011 at 9:15 a.m. Pre-motion letters shall be submitted by May 4, 2011, with responses due by May 9, 2011.

SO ORDERED.

Dated:    December 3, 2010
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE